UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FREEMAN M. FROTHINGHAM, JR., AS EXECUTOR OF THE ESTATE OF AND FOR USE AND BENEFIT OF THE STATUTORY BENEFICIARIES OF FREEMAN M. FROTHINGHAM, SR., DECEASED | ) ) ) ) ) ) | |
| PLAINTIFF, | ) ) | NO. 4:12-cv-00035 JURY DEMANDED |
| v. | ) ) | |
| GGNSC WINCHESTER, LLC d/b/a Golden Living Center-Mountain View; GPH WINCHESTER, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC CLINICAL SERVICES, LLC; GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GOLDEN GATE ANCILLARY, LLC; GGNSC HOLDINGS, LLC; AND 360 HEALTHCARE STAFFING, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

**JOINT NOTICE OF SETTLEMENT**

The parties jointly submit this Notice to inform the Court that the parties have reached a confidential settlement in the above-styled case and will be filing a Stipulation of Dismissal with the Court in the near future.

Dated: July 8, 2014

Respectfully submitted,

By: /s/Garry J. Rhoden
Garry J. Rhoden, BPR No. 024815
The Rhoden Firm
Washington Square
1922 Exeter Road
Germantown, TN 38138
(901) 827-9162 - Telephone
(901) 202-9321 - Facsimile
garry@rhodenfirm.com

By: /s/ Joe Dughman
Joe Dughman, BPR No. 003550
Joe Dughman & Associates
1812 Broadway
Nashville, TN 37203
(615) 244-3331 - Telephone
(615) 515-3512 - Facsimile
joe@joedughman.com

*Attorneys for Plaintiff*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: /s/Amanda E. Kelley
Thomas O. Helton, BPR No. 001929
Amanda E. Kelley, BPR No. 022872
1800 Republic Center
633 Chestnut Street
Chattanooga, TN 37450-1800
(423) 209-4194 - T. Helton (Direct)
(423) 752-9544 - T. Helton (Facsimile)
thelton@bakerdonelson.com
akelley@bakerdonelson.com

*Attorneys for Defendants GGNSC Winchester, LLC d/b/a Golden LivingCenter-Mountain View; GPH Winchester, LLC; GGNSC Equity Holdings, LLC; GGNSC Clinical Services, LLC; Golden Gate National Senior Care, LLC; GGNSC Administrative Services, LLC; Golden Gate Ancillary, LLC; GGNSC Holdings, LLC; and 360 Healthcare Staffing, LLC*

## CERTIFICATE OF SERVICE

  I certify that on July 8, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

               BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.


            By: /s/Amanda E. Kelley
               Amanda E. Kelley