UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| FREEMAN M. FROTHINGHAM, JR., AS EXECUTOR OF THE ESTATE OF AND FOR USE AND BENEFIT OF THE STATUTORY BENEFICIARIES OF FREEMAN M. FROTHINGHAM, SR., DECEASED<br><br>PLAINTIFF,<br><br>v.<br><br>GGNSC WINCHESTER, LLC d/b/a Golden Living Center-Mountain View; GPH WINCHESTER, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC CLINICAL SERVICES, LLC; GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GOLDEN GATE ANCILLARY, LLC; GGNSC HOLDINGS, LLC; AND 360 HEALTHCARE STAFFING, LLC,<br><br>DEFENDANTS. | NO. 4:12-cv-00035<br>JURY DEMANDED |

**STIPULATION AND AGREED ORDER OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 68.1, the Plaintiff, Freeman M. Frothingham, Jr., as Executor of the Estate of and For Use and Benefit of the Statutory Beneficiaries of Freeman M. Frothingham, Sr., Deceased, and Defendants, GGNSC Winchester, LLC d/b/a Golden LivingCenter-Mountain View; GPH Winchester, LLC; GGNSC Equity Holdings, LLC; GGNSC Clinical Services, LLC; Golden Gate National Senior Care, LLC; GGNSC Administrative Services, LLC; Golden Gate Ancillary, LLC; GGNSC Holdings, LLC; and 360 Healthcare Staffing, LLC ("Defendants"), by and through counsel, announce to the Court that all matters here in controversy between them have been compromised and settled

out of Court, and that Plaintiff, for valuable consideration, has executed a Release in full and final settlement of all of his claims against Defendants, including any and all subrogation interests or liens, if any, arising out of the matters here in controversy. It is therefore:

**ORDERED** that Plaintiff's cause of action should be dismissed as to all Defendants with full prejudice to Plaintiff against the re-filing of the same and that Defendants be relieved from any and all further responsibility in this matter. It is further **ORDERED** that Plaintiff shall satisfy any and all present or future liens of any kind, known or unknown, which may relate to the settlement proceeds. Each party will bear its own costs and attorney's fees.

**ENTER:**     s/ *Susan K. Lee*
                                SUSAN K. LEE
                                UNITED STATES MAGISTRATE JUDGE

**AGREED TO AND APPROVED BY:**

THE RHODEN FIRM

By:     /s/Garry J. Rhoden
         Garry J. Rhoden, BPR No. 024815
         Washington Square
         1922 Exeter Road
         Germantown, TN 38138
         (901) 827-9162 - Telephone
         (901) 202-9321 - Facsimile
         garry@rhodenfirm.com

JOE DUGHMAN & ASSOCIATES

By:     /s/ Joe Dughman
         Joe Dughman, BPR No. 003550
         1812 Broadway
         Nashville, TN 37203
         (615) 244-3331 - Telephone
         (615) 515-3512 - Facsimile
         joe@joedughman.com

         *Attorneys for Plaintiff*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: /s/Amanda E. Kelley
Thomas O. Helton, BPR No. 001929
Amanda E. Kelley, BPR No. 022872
1800 Republic Center
633 Chestnut Street
Chattanooga, TN 37450-1800
(423) 209-4194 - T. Helton (Direct)
(423) 752-9544 - T. Helton (Facsimile)
thelton@bakerdonelson.com
akelley@bakerdonelson.com

*Attorneys for Defendants GGNSC Winchester, LLC d/b/a Golden LivingCenter-Mountain View; GPH Winchester, LLC; GGNSC Equity Holdings, LLC; GGNSC Clinical Services, LLC; Golden Gate National Senior Care, LLC; GGNSC Administrative Services, LLC; Golden Gate Ancillary, LLC; GGNSC Holdings, LLC; and 360 Healthcare Staffing, LLC*

## CERTIFICATE OF SERVICE

      I certify that on July 28, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                      BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, P.C.

                                  By:  /s/Amanda E. Kelley
                                           Amanda E. Kelley